UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
RANDY TAYLOR JOHNSON    CASE NO. 20-10576
3123 WAY ROAD    JUDGE BENJAMIN A. KAHN
LIBERTY, NC  27298

    DEBTOR

SSN(1) XXX-XX-2310    DATE: 03/05/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $0.00<br>INT:  .00%<br>NAME ID: 2794<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>OKLAHOMA CITY, OK  73118 | $683.91<br>INT:  .00%<br>NAME ID: 184528<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 1073<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 137686<br>CLAIM #: 0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2310<br>COMMENT: OC |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $1,248.80<br>INT:  .00%<br>NAME ID: 43307<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 6413<br>COMMENT: CREDIT ONE |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $3,003.37<br>INT:  .00%<br>NAME ID: 149311<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 7889<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 2310<br>COMMENT: OC |
| NATIONAL FINANCE COMPANY INC<br>LYNDON SOUTHERN INS<br>151 PINNACLE PLACE<br>LITTLE RIVER, SC  29566 | $1,575.47<br>INT:  .00%<br>NAME ID: 166156<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 1029<br>COMMENT: |

PAGE 2 - CHAPTER 13 CASE NO. 20-10576

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| RANDOLPH HOSPITAL<br>P O BOX 1048<br>ASHEBORO, NC  27204 | $0.00<br>INT:  .00%<br>NAME ID:  26863<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TIME INVESTMENT CORPORATION<br>DBA TIME FINANCING SERVICE<br>P O BOX 398<br>MOUNT OLIVE, NC  28365 | $0.00<br>INT:  .00%<br>NAME ID:  175253<br>CLAIM #:  0004 | (S) SECURED<br>NOT FILED<br>ACCT:  2075<br>COMMENT:  SEE TR 5 CLM FILED FULLY UNSECURED |
| TIME INVESTMENT CORPORATION<br>DBA TIME FINANCING SERVICE<br>P O BOX 398<br>MOUNT OLIVE, NC  28365 | $2,537.51<br>INT:  .00%<br>NAME ID:  175253<br>CLAIM #:  0005 | (U) UNSECURED<br><br>ACCT:  2075<br>COMMENT: |
| **TOTAL:** | **$9,049.06** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $2,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/05/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice